IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCISCO RAMOS-BECERRA,** and **LOUISA RAMOS,** | : <br> : <br> : Civ. No. 1:14-CV-0917 |
| Plaintiffs, | : |
| v. | : |
| **RICKY L. HATFIELD, HATFIELD TRUCKING, and JB HUNT TRANSPORT, INC.,** | : <br> : <br> : <br> : **Judge Sylvia H. Rambo** |
| Defendants. | : |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant JB Hunt Transport Inc.'s motion *in limine*, or, alternatively, request for a *Daubert* Hearing to preclude the testimony and opinions of Plaintiffs' expert is **DENIED** in its entirety.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: August 3, 2016