IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCISCO RAMOS-BECERRA** and **LOUISA RAMOS** | : | Civil No. 1:14-cv-0917 |
| Plaintiffs, | : | |
| v. | : | |
| **RICKY L. HATFIELD, HATFIELD TRUCKING, and JB HUNT TRANSPORT, INC.** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant JB Hunt Transport, Inc.'s Motion for Reconsideration (Doc. 108) is **DENIED**.

                                              s/Sylvia Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: January 24, 2017